# Order

Michigan Supreme Court
Lansing, Michigan

October 28, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147376

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

JOSEPH RIVERS,
    Defendant-Appellant.

SC: 147376
COA: 308871
Wayne CC: 11-008251-FH

_____/

On order of the Court, the application for leave to appeal the May 23, 2013 judgment of the Court of Appeals is considered. We DIRECT the Wayne County Prosecuting Attorney to file a supplemental brief, addressing the unpreserved issue raised by the defendant in his application for leave to appeal in which he asserts that he was not subject to sentence enhancement on the charge of possession of a firearm during the commission of a felony, second offense, MCL 750.227b(1), because he was not previously convicted of felony-firearm. The prosecuting attorney's supplemental brief shall be filed within 28 days after the date of this order.

The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 28, 2013



Clerk

s1021